UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------
John Durso, et.al.,

    Plaintiff,

-vs-                              STANDARD REFERRAL ORDER

**East Tremont Food Corp.,**      CV-06-51(FB)(JO)
    Defendants.
------------------------------------------------



    This civil case here in above set forth is referred to Magistrate Judge ORENSTEIN for the following pre-trial purposes:

___ All of the following;
    or

Those purposes indicated below:

___1. To enter the scheduling order provided for in F. R. Civ. P. 16(b);

___2. To consider holding a discovery conference and entering the related order provided for in F. R. Civ. P. 26(f);

___3. To hear and determine any disputes arising from discovery;

___4. To consider the possibility, if any, of settlement and to assist therewith as may be appropriate;

___5. To prepare a pre-trial order where such order seems indicated;

___6. To schedule an appropriate trial date, in consultation with the chambers of the undersigned;

___7. To file a report with the undersigned within 120 days as to the status of the case, in the event the tasks set forth above are not then completed.

<u>XX  8.  **TO HOLD EITHER A INQUEST OR HEARING TO DETERMINE DAMAGES ON PLAINTIFF'S DEFAULT JUDGMENT AND PREPARE A REPORT AND RECOMMENDATION.**</u>

                    SO ORDERED.

                    UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
         August 3, 2006